UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  13-20290-CIV-ROSENBAUM/SELTZER

RANEY LIEN,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,
A Liberian Corporation

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff, RANEY LIEN, by and through his undersigned counsel and hereby serves Notice that this matter has been amicably resolved with Defendant, ROYAL CARIBBEAN CRUISES, LTD.  Plaintiff asks that this matter be dismissed, but that this Court retain jurisdiction to enforce the terms and conditions of the settlement.

DATED this 8th day of March, 2013.

    Respectfully submitted,
    ***s/Charles P. Gourlis, Jr.***
    Charles P. Gourlis, Jr., Esq.
    Florida Bar No.  85924
    ARONSON LAW FIRM
    5730 S.W. 74th Street
    Suite 800
    Miami, Florida  33143
    Telephone:     (305) 662-1233
    Facsimile:      (305) 662-1266
    Email:  cgourlis@aronsonlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Charles P. Gourlis, Jr.*
Charles P. Gourlis, Jr., Esq.
Florida Bar No.  85924
ARONSON LAW FIRM
5730 S.W. 74th Street
Suite 800
Miami, Florida  33143
Telephone:     (305) 662-1233
Facsimile:      (305) 662-1266
Email:  cgourlis@aronsonlawfirm.com

## SERVICE LIST

| | |
|---|---|
| James M. Walker, Esq. | Randy S. Ginsberg, Esq. |
| Walker & O'Neill, P.A. | Royal Caribbean Cruises, Ltd. |
| 7301 S.W. 57th Court | 1050 Caribbean Way |
| Suite 430 – Plaza 57 | Miami, Florida  33132 |
| South Miami, Florida  33143 | Telephone:  (305) 539-6327 |
| Telephone:     (305) 995-5300 | Facsimile   (305) 539-8101 |
| Facsimile:      (305) 995-5310 | Email:  rginsberg@rccl.com |
| Email:     jwalker@cruiselaw.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |