UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20290-CIV-ROSENBAUM/HUNT

RANEY LIEN,

       Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

       Defendant.

_____/

**ORDER REQUIRING PARTIES TO FILE JOINT STIPULATION OF DISMISSAL**

This matter is before the Court upon Plaintiff's Notice of Settlement [D.E. 10]. In the Notice, Plaintiff advises that the parties have amicably resolved their dispute and Plaintiff asks that the case be dismissed, with the Court retaining jurisdiction to enforce the terms of the settlement. However, because Defendant has filed an answer in this case, Rule 41 (a)(1)(A), Fed. R. Civ. P., requires that a voluntary dismissal by a plaintiff be signed by all parties who have appeared.

Accordingly, it is **ORDERED and ADJUDGED** that the parties shall file a joint stipulation for dismissal on or before March 15, 2013. The parties' stipulation must indicate whether dismissal is with or without prejudice. If the parties agree that they would like the Court to retain jurisdiction for the limited purpose of enforcing the settlement agreement, they shall expressly include notification to the Court in their joint stipulation that the dismissal of the action is contingent upon the Court retaining enforcement jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d

1272 (11th Cir. 2012).

      **DONE and ORDERED** at Fort Lauderdale, Florida, this 8th day of March 2013.

                                                ROBIN S. ROSENBAUM
                                                UNITED STATES DISTRICT JUDGE

copies to:
The Honorable Patrick M. Hunt

Counsel of record